UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

WILLIAM J. MUMM,

                              Plaintiff,

     **-v.-**

                              Civil Action No.
                         5:06-cv-989 (GLS/DEP)

COMMISSIONER OF SOCIAL
SECURITY,

                              Defendant.

--------------------------------------------------------------------------------

APPEARANCES:              OF COUNSEL:

**FOR THE PLAINTIFF:**

OOT & ASSOCIATES LAW FIRM    NEAL P. MCCURN, JR., ESQ.
503 East Washington Street
Syracuse, New York 13202

**FOR THE DEFENDANT:**

HON. GLENN T. SUDDABY      ANDREEA L. LECHLEITNER,
United States Attorney for the    ESQ.
    Northern District of New York  Special Assistant U.S. Attorney
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261

GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed February 12, 2008.   Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David E. Peebles filed February 13, 2008 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the defendant's motion for judgment on the pleadings is GRANTED, that the Commissioner's determination that disability ceased as of June 1, 2003 is AFFIRMED, and that the plaintiff's complaint in this action is DISMISSED, and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of the Defendant and close this case.

IT IS SO ORDERED

Dated:      March 10, 2008
            Albany, New York

Gary L. Sharpe
U.S. District Judge